BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 s. 4th Street
Las Vegas, NV 89101
Telephone: (702) 444-4293
Facsimile: (702) 444-4455
SMartin@Richardharrislaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the | CASE NO.: 2:19-cv-01394-GMN-VCF |

| | |
|---|---|
| Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B., | |
| Plaintiffs, | |
| vs. | |
| GLORIA MALDONADO, individually; AUDRA GUITERREZ/GUERRO, individually; RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services, individually; ROSS ARMSTRONG, Administrator of Nevada Division of Child and Family Services, individually; YOLANDA KING, Clark County Manager, individually; TIM BURCH, Director of Clark County Department of Family Services, individually; DIAMOND FORD, individually; CRAIG DICKENS; individually; DOE individuals I-XX; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I - XX, individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX, | |
| Defendants. | |

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendants CLARK COUNTY DEPARTMENT OF FAMILY SERVICES and COUNTY OF CLARK, a political subdivision of the State of Nevada ("Defendants") to respond to Plaintiffs' First Amended Complaint (ECF No. 5).

| | |
|---|---|
| 1 | Defendants' response to Plaintiffs' First Amended Complaint (ECF No. 5) is currently due on 9/9/19. |
| 2 | |
| 3 | The parties agree that Defendants shall have until 10/9/19 to respond to the First Amended Complaint |
| 4 | |
| 5 | (ECF No. 5).  The parties further agree that in the event Plaintiffs file a second amended complaint in |
| 6 | compliance with all of the Federal Rules of Civil Procedure and Local Rules, Defendants shall have 14 |
| 7 | days after service of the second amended complaint to respond thereto. |


Defendants' response to Plaintiffs' First Amended Complaint (ECF No. 5) is currently due on 9/9/19. The parties agree that Defendants shall have until 10/9/19 to respond to the First Amended Complaint (ECF No. 5).  The parties further agree that in the event Plaintiffs file a second amended complaint in compliance with all of the Federal Rules of Civil Procedure and Local Rules, Defendants shall have 14 days after service of the second amended complaint to respond thereto.

DATED this ___ day of September, 2019.        DATED this ___ day of September, 2019.

*/s/ Samantha A. Martin*                                       */s/ Felicia Galati*
_____            _____
Samantha A. Martin, Esq.                               Felicia Galati, Esq.
Nevada Bar No. 12998                                    Nevada Bar No. 7341
**RICHARD HARRIS LAW FIRM**               Olson, Cannon, Gormley, Angulo & Stoberski
801 South Fourth Street                                  9950 W. Cheyenne Ave.
Las Vegas, Nevada 89101                              Las Vegas, Nevada 89129
*Attorneys for Plaintiff*                                    *Attorneys for Clark County Department of*
                                                                        *Family Services*

   IT IS SO ORDERED, that Defendants CLARK COUNTY DEPARTMENT OF FAMILY SERVICES and COUNTY OF CLARK, a political subdivision of the State of Nevada have until 10/9/19 to respond to the First Amended Complaint (ECF No. 5).  IT IS FURHER ORDERED THAT in the event Plaintiffs file a second amended complaint in compliance with all of the Federal Rules of Civil Procedure and Local Rules, Defendants shall have 14 days after service of the second amended complaint to respond thereto.

    September 6, 2019
  DATED: _____

      _____
      Cam Ferenbach
      United States Magistrate Judge