FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701
Attorneys for Defendants COUNTY OF CLARK, CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO, YOLANDA KING and TIM BURCH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B.,<br><br>Plaintiffs,<br>v.<br><br>GLORIA MALDONADO, individually; AUDRA GUITERREZ/GUERRO, individually; RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services, individually; ROSS ARMSTRONG, Administrator of Nevada Division of Child and Family Services, individually; YOLANDA KING, Clark County Manager, individually; TIM BURCH, Director of Clark County Department of Family Services, individually; DIAMOND FORD, individually; CRAIG DICKENS; individually; DOE individuals I-XX, ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I-XX, individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO. 2:19-cv-01394-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (Second Request)** |

1

*Law Offices of*
**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Telecopier (702) 383-0701

# STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendants COUNTY OF CLARK, CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO, YOLANDA KING and TIM BURCH ("County Defendants") to respond to Plaintiffs' First Amended Complaint (ECF No. 5). Defendants' response to Plaintiffs' First Amended Complaint (ECF No. 5) is currently due on 10/9/19 by Stipulation and Order (ECF No. 15). Plaintiffs are filing a motion for leave to file a second amended complaint. The parties agree that County Defendants need not respond to the First Amended Complaint (ECF No. 5) and shall have until 14 days after service of the second amended complaint to respond thereto.

DATED this 3rd day of October, 2019

*/s/ Samantha A. Martin, Esq.*
Samantha A. Martin, Esq.
Nevada Bar No. 12998
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

DATED this 3rd day of October, 2019

*/s/ Felicia Galati*
Felicia Galati, Esq.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Attorneys for Defendants CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, COUNTY OF CLARK, GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO, YOLANDA KING and TIM BURCH

# ORDER

**IT IS SO ORDERED**, that Attorneys for Defendants COUNTY OF CLARK, CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO, YOLANDA KING and TIM BURCH need not respond to the First Amended Complaint (ECF No. 5) and have until 14 days after service of the second amended complaint to respond thereto.

DATED: October 4, 2019

_____
Cam Ferenbach
United States Magistrate Judge