FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701
Attorneys for Defendants CLARK COUNTY, GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO, YOLANDA KING and TIM BURCH

*Law Offices of*
**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Telecopier (702) 383-0701

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B.,

Plaintiffs,

v.

GLORIA MALDONADO, individually; AUDRA GUITERREZ/GUERRO, individually; RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services, individually; ROSS ARMSTRONG, Administrator of Nevada Division of Child and Family Services, individually; YOLANDA KING, Clark County Manager, individually; TIM BURCH, Director of Clark County Department of Family Services, individually; DIAMOND FORD, individually; CRAIG DICKENS; individually; DOE individuals I-XX, ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I-XX, individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX,

Defendants.

CASE NO. 2:19-cv-01394-GMN-VCF

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATION by and between the parties hereto, through their respective counsel of record, that the deadline for Defendants CLARK COUNTY, GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO, YOLANDA KING and TIM BURCH (herein after “County Defendants”) to file their Reply to Plaintiffs’ Opposition to Defendants Clark County, Gloria Maldonado, Audra Guitierrez/Guerro, Yolanda King and Tim Burch’s Separate Motion to Dismiss Plaintiffs’ First Amended Complaint (ECF Doc. 53) be extended from November 21, 2019 to November 27, 2019.

This stipulation is submitted in good faith and not for the purpose of undue delay.

DATED this 19th day of November, 2019.

*/s/ Samantha Martin, Esq.*

______________________________

Samantha A. Martin, Esq.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 19th day of November, 2019.

*/s/ Felicia Galati, Esq.*

______________________________

Felicia Galati, Esq.
Nevada Bar No. 7341
Olson, Cannon, Gormley, Angulo & Stoberski
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Attorneys for Defendants CLARK COUNTY, GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO, YOLANDA KING and TIM BURCH

**IT IS SO ORDERED.**

Dated this 19 day of November, 2019.

______________________________
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Law Offices of
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Telecopier (702) 383-0701