BENJAMIN CLOWARD, ESQ.
Nevada Bar No. 11087
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: SMartin@richardharrislaw.com
*Attorneys for Plaintiffs*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B., <br><br> Plaintiffs, <br><br> v. <br><br> GLORIA MALDONADO, individually; AUDRA GUITERREZ/GUERRO, individually; RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services, individually; ROSS ARMSTRONG, Administrator of Nevada Division of Child and Family Services, individually; YOLANDA KING, Clark County Manager, individually, TIM BURCH, Director of Clark County Department of Family Services, individually; DIAMOND FOR, individually; CRAIG DICKENS; individually; DOE individuals I-XX; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I-XX, | CASE NO.: 2:19-CV-01394-GMN-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY (First Request)** |

1

| | |
|---|---|
| individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between the parties that discovery shall be extended ninety (90) days.

This litigation arose out of a wrongful death that occurred on August 15, 2017. Plaintiffs filed their original Complaint on August 14, 2019. A First Amended Complaint was filed on August 15, 2019. Defendant Topicana DE, LLC filed their Motion to Dismiss on September 9, 2019. Defendant Richard Whitley filed a Motion to Dismiss on October 24, 2019. Defendants Clark County, Gloria Maldonado, Audra Gutierrez/Guerro, Yolanda King and Tim Burch filed their Joinder to Richard Whitley's Motion to Dismiss; and Separate Motion to Dismiss on October 31, 2019.

The parties agree that an additional ninety (90) days are needed to disclose experts and complete discovery.

**I.    Discovery Completed to Date**
1. The parties have disclosed their initial NRCP 16.1 disclosures.

2. Plaintiffs served written discovery to Defendant Tropicana De, LLC on February 12, 2020.

3. Plaintiffs served written discovery to Defendant Clark County on February 12, 2020

4. Plaintiffs served written discovery to Defendant Richard Whitely on April 10, 2020.

2

5. Defendant Richard Whitely served written discovery to Plaintiff Robert Ansara on December 6, 2019. Plaintiff responded on January 10, 2020.

6. Defendant Richard Whitley served Request for Admission to Plaintiff David Banks on February 28, 2020. Plaintiff responded on March 1, 2020.

**II.     Description of Additional Proposed Discovery**

The parties discussed what additional discovery needs to be completed in this matter. It was determined that, in order to fully litigate and investigate all alleged claims and defenses, the parties needed to engage in the following:

1. Depositions of parties and witnesses.
2. Retention of experts.
3. Disclosure of all experts and their reports as well as depositions of the same.

**Proposed Schedule for Completing All Remaining Discovery**

The parties wish to extend the dates for discovery as follows;

|  | **Current Dates** | **Proposed Dates** |
|---|---|---|
| Last day to amend pleadings or add parties | July 18, 2019 | **Same** |
| Last day to serve Initial Expert Disclosures | July 17, 2020 | **October 15, 2020** |
| Last day to serve Rebuttal Expert Disclosures | September 15, 2020 | **November 13, 2020** |
| Last day to complete discovery | October 16, 2020 | **January 14, 2021** |
| Last day to file dispositive motions | November 15, 2020 | **February 12, 2021** |

Joint Pretrial Order   March 12, 2021

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**III.     Reasons Why Good Cause Exists to Extend Expert Discovery Deadlines**

FRCP 16(b)(5) provides that the scheduling order "shall not be modified" except upon a showing of good cause. The purpose of this rule is "to offer a measure of certainty in pretrial proceedings, ensuring that at some point both the parties and pleadings will be fixed." *Nutton v.*

3

*Sunset Station, Inc.*, Nev. Adv. Rep. 34, 357 P.3d 966, 971 (Nev. App. 2015). Good cause is established by showing that the current deadline cannot be met despite the requesting party's diligence in attempting to meet said deadline. Diligence in attempting to meet a deadline may be determined by considering the explanation for the untimely conduct; the importance of the requested untimely action; the potential prejudice in allowing the untimely conduct; and the availability of a continuance to cure such prejudice. *Id.* at 971-72.

The parties have had difficulty getting answers to discovery, including because ~~as~~ some of the individuals and organizations involved in this lawsuit are either county and State entities or employees ~~which are currently shut down~~ some of whom have been ordered to stay home as nonessential and/or are working remotely making access to documents and participating in discovery difficult as a result of the COVID-19 quarantine. Additionally, although the parties have been diligently trying to conduct discovery and schedule depositions, their good faith efforts have been frustrated because of the current quarantine. This request is not being made in an attempt to delay the litigation of this matter but instead is being requested as a result of the current global pandemic and the party's inability to fully litigate the claim at this time. A brief extension of time for discovery will allow the parties and their counsel to fully litigate this matter, taking into account the delays caused by quarantine.

Date: April 14, 2020  
**RICHARD HARRIS LAW FIRM**

*/s/ Samantha A. Martin*

_____
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*Leslie Ortega and Faith Hubbard*

Date: April 14, 2020  
**THE SIEGEL GROUP**

*/s/ Brandon J. Trout*

_____
Jean Paul Hendricks, Esq.
Brandon J. Trout, Esq.
3790 Paradise Road, Suite 250
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Tropicana DE, LLC*

| | |
|---|---|
| Date: April 14, 2020<br>**OLSON, CANNON, GORMLEY & STOBERSKI**<br><br>*/s/ Felicia Gatali*<br>_____<br>Felicia Galati, Esq.<br>Nevada Bar No. 7341<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>*Attorneys for Defendants Clark County, Gloria Maldonado, Audra Guitierrez/Guerro, Yolanda King And Tim Burch* | Date: April 14, 2020<br>**NEVADA ATTORNEY GENERAL'S OFFICE**<br><br>*/s/ Linda C. Anderson*<br>_____<br>Izaac Rowe, Esq.<br>Nevada Bar No. 13947<br>Linda C. Anderson, Esq.<br>Nevada Bar No. 4090<br>555 East Washington Avenue<br>Suite 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Richard Whitley* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-14-2020

5