FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile:  702-383-0701
Attorneys for Defendants CLARK COUNTY,
GLORIA MALDONADO and AUDRA GUTIERREZ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B.,<br><br>                              Plaintiffs,<br>v.<br><br>GLORIA MALDONADO, individually; AUDRA GUITERREZ, individually; CLARK COUNTY, a political subdivision of the State of Nevada; DOE individuals I-XX; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I-XX, individually and in their official capacities; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX,<br>                              Defendants. | CASE NO. 2:19-cv-01394-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

COME NOW Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B. and Defendants COUNTY OF CLARK, GLORIA MALDONADO and AUDRA GUTIERREZ,  by and through their undersigned counsel of record and hereby

1

stipulate to extend the time for Defendants COUNTY OF CLARK, GLORIA MALDONADO and AUDRA GUTIERREZ ("County Defendants") to respond to Plaintiffs' Second Amended Complaint (ECF No. 64).  County Defendants' response to Plaintiffs' Second Amended Complaint is currently due on 6/11/2020.  This is County Defendants' first request for an extension based on other case obligations.  The parties have agreed to extend Defendants' response to Plaintiffs' Second Amended Complaint to 6/25/2020.  This Stipulation is submitted in good faith and not for the purpose of undue delay.

| DATED this 4th day of June, 2020 | DATED this 4th day of June, 2020 |
|---|---|
| */s/ Samantha A. Martin, Esq.* | */s/ Felicia Galati* |
| Samantha A. Martin, Esq. | Felicia Galati, Esq. |
| Nevada Bar No. 12998 | Nevada Bar No. 7341 |
| RICHARD HARRIS LAW FIRM | OLSON, CANNON, GORMLEY |
| 801 South Fourth Street | ANGULO & STOBERSKI |
| Las Vegas, Nevada 89101 | 9950 W. Cheyenne Ave. |
| Attorneys for Plaintiff | Las Vegas, Nevada 89129 |
| | Attorneys for Defendants CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, COUNTY OF CLARK, GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO, YOLANDA KING and TIM BURCH |

### ORDER

**IT IS SO ORDERED**, that Defendants COUNTY OF CLARK, GLORIA MALDONADO AND AUDRA GUTIERREZ have until 6/25/2020 to respond to Plaintiffs' Second Amended Complaint.

DATED: 6-5-2020 _____

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2