FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701
Attorneys for Defendants CLARK COUNTY,
GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO,
YOLANDA KING and TIM BURCH

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B.,<br><br>Plaintiffs,<br>v.<br><br>GLORIA MALDONADO, individually; AUDRA GUITERREZ/GUERRO, individually; RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services, individually; ROSS ARMSTRONG, Administrator of Nevada Division of Child and Family Services, individually; YOLANDA KING, Clark County Manager, individually; TIM BURCH, Director of Clark County Department of Family Services, individually; DIAMOND FORD, individually; CRAIG DICKENS; individually; DOE individuals I-XX, ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I-XX, individually and in their official capacities; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; COUNTY OF CLARK, a political subdivision of the State of Nevada; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO. 2:19-cv-01394-GMN-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS YOLANDA KING AND TIMOTHY BURCH WITH PREJUDICE** |

WHEREAS, YOLANDA KING and TIMOTHY BURCH are listed as Defendants in Plaintiffs' First Amended Complaint (ECF No. 5);

WHEREAS, on 5/7/2020, this Court entered an Order (ECF No. 63) granting the Clark County Defendants' Motion to Dismiss with and without prejudice, and granting Plaintiffs' Motion to Amend;

WHEREAS, on 5/28/2020, Plaintiffs' filed a Second Amended Complaint that does not list YOLANDA KING and TIMOTHY BURCH as Defendants in the case caption;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B., causes of action as to YOLANDA KING and TIMONTY BURCH, if any, only be dismissed with prejudice and all parties are to bear their own costs and attorney's fees.

Dated this 5th day of June, 2020.    Dated this 5th day of June, 2020.

RICHARD HARRIS LAW FIRM    OLSON CANNON GORMLEY & STOBERSKI

By: /s/ Samantha Martin, Esq.    By: /s/ Felicia Galati, Esq.
    SAMANTHA MARTIN, ESQ.        FELICIA GALATI, ESQ.
    BENJAMIN CLOWARD, ESQ.        9950 West Cheyenne Avenue
    801 S. 4th Street        Las Vegas, NV 89129
    Las Vegas, NV 89101        Attorneys for Defendants/Cross-
    Attorneys for Plaintiffs        Claimant CLARK COUNTY, GLORIA MALDONADO, AUDRA GUITIERREZ/GUERRO, YOLANDA KING and TIM BURCH

Ansara, et al. v. Maldanado, et al., Case No. 2:19-cv-01394-GMN-VCF
Stipulation and Order of Dismissal of Yolanda King and Timothy Burch With Prejudice

# ORDER

**IT IS HEREBY ORDERED** that this case be dismissed with prejudice as to YOLANDA KING and TIMOTHY BURCH, and all parties are to bear their own costs and attorneys' fees.

Dated this __5__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

By: */s/ Felicia Galati, Esq.*
   FELICIA GALATI, ESQ.
   9950 West Cheyenne Avenue
   Las Vegas, NV 89129
   Attorneys for Defendants
    CLARK COUNTY, GLORIA MALDONADO,
   AUDRA GUITIERREZ/GUERRO,
   YOLANDA KING and TIM BURCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2020, I sent via e-mail a true and correct copy of the above and foregoing **STIPULATION AND ORDER OF DISMISSAL OF YOLANDA KING AND TIMOTHY BURCH WITH PREJUDICE** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

Benjamin P. Cloward, Esq.
Samantha A. Martin, Esq.
RICHARD HARRIS LAW FIRM
801 S. 4th Street
Las Vegas, NV 89101
Attorneys for Plaintiffs

Brandon J. Trout, Esq.
The Siegel Group
3790 Paradise Road, Suite 250
Las Vegas, NV 89169
Attorneys for Defendant Tropicana De, LLC

*/s/ Erika Parker*

An Employee of OLSON CANNON GORMLEY & STOBERSKI

PAGE 4 OF 4