THE SIEGEL GROUP
BRANDON J. TROUT, ESQ.
Nevada Bar No.13411
btrout@siegelcompanies.com
3790 Paradise Road, Suite 250
Las Vegas, Nevada 89169
Telephone: (702) 947-8330
Facsimile: (725) 222-5498
*Attorneys for Defendant Tropicana DE, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B.,<br><br>Plaintiffs,<br><br>v.<br><br>GLORIA MALDONADO, individually; AUDRA GUITERREZ, individually; CLARK COUNTY, a Political Subdivision of the State of Nevada, DOE individuals I-XX, ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I – XX, individually and in their official capacities; TROPICANA DE, LLC d/b/a SIEGEL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY AND ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO.: 2:19-CV-01394-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO DEFENDANT TROPICANA DE, LLC'S MOTION TO DISMISS [ECF 70]** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., BORN December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B., (herein after "Plaintiffs") to file their Opposition to Defendant Tropicana DE, LLC's d/b/a Siegel Suites of Tropicana's Motion to Dismiss Plaintiffs' Second

///

Amended Complaint (ECF 70) be extended from Thursday, June 25, 2020 to Monday, July 27, 2020.

This stipulation is submitted in good faith and not for the purpose of undue delay.

| | |
|---|---|
| Dated this 25th day of June 2020<br>THE SIEGEL GROUP | Dated this 25th day of June 2020<br>RICHARD HARRIS LAW FIRM |
| /s/ Brandon Trout<br>Brandon J. Trout, Esq.<br>3790 Paradise Road, Suite 250<br>Las Vegas, Nevada 89169<br>*Attorney for Defendant*<br>*Tropicana DE, LLC* | /s/ Samantha A. Martin<br>Samantha A. Martin, Esq.<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>*Attorneys Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

Dated this ___25___ day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT