Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 2:14-cr-00374-GMN-PAL |
| VANDEMERE GIPSON, | ) |
| Defendant. | ) |

**NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST**

COMES NOW Defendant, VANDEMERE GIPSON, by and through his counsel of record, LANCE MANINGO, ESQ., of MANINGO LAW, for purposes of potential 2255 Motion to Vacate under *Rehaif v. United States*, only, and moves this Honorable Court to allow counsel to be removed from CM/ECF E-Notice List.

DATED this 25th day of June, 2020.

MANINGO LAW

By: /s/ Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

**IT IS SO ORDERED.**

Dated this __29__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of MANINGO LAW, and that on the 25th day of June, 2020, I served a copy of the foregoing NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST via CM/ECF system, which was served via electronic transmission by the Clerk of the Court pursuant to local order.

　　　　　　　　　　　　　　　　　　　　/s/ Elyse Kilgore
　　　　　　　　　　　　　　　　　　　　An Employee of MANINGO LAW