BENJAMIN CLOWARD, ESQ.
Nevada Bar No. 11087
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: SMartin@richardharrislaw.com
*Attorneys for Plaintiffs*

### UNITED STATE DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B., <br><br> Plaintiffs, <br><br> v. <br><br> GLORIA MALDONADO, et. al. <br><br> Defendants. | CASE NO.: 2:19-CV-01394-GMN-VCF <br><br> **STIPULATION AND ORDER FOR EXENSION TO RESPOND TO DEFENDANT TROPICANA DE, LLC dba SIEGAL SUITES OF TROPICANA'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF 70]** |

**STIPULATION AND ORDER FOR EXENSION TO RESPOND TO DEFENDANT TROPICANA DE, LLC dba SIEGAL SUITES OF TROPICANA'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF 70]**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE

1

BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B. to file their Opposition to Tropicana DE, LLC's Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF 70) be extended from July 27, 2020 to September 10, 2020.

| | |
|---|---|
| Date: July 20, 2020<br>**RICHARD HARRIS LAW FIRM** | Date: July 20, 2020<br>**THE SIEGEL GROUP NEVADA, INC** |
| */s/ Samantha A. Martin*<br>_____<br>SAMANTHA A. MARTIN, ESQ.<br>Nevada Bar No. 12998<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs*<br>*Leslie Ortega and Faith Hubbard* | */s/ Branon Trout*<br>_____<br>Brandon Trout, Esq.<br>Nevada Bar No. 13411<br>3790 Paradise Road, Suite 250<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant TROPICANA De, LLC* |

**ORDER**

**IT IS SO ORDERED.**

DATED this  21  day of July, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT