BENJAMIN CLOWARD, ESQ.
Nevada Bar No. 11087
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: SMartin@richardharrislaw.com
*Attorneys for Plaintiffs*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B.,<br><br>Plaintiffs,<br><br>v.<br><br>GLORIA MALDONADO, et. al.<br><br>Defendants. | CASE NO.:  2:19-CV-01394-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXENSION TO RESPOND TO DEFENDANT CLARK COUNTY, GLORIA MALDONADO, AND AUDRA GUITIERREZ'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF #64]** |

**STIPULATION AND ORDER FOR EXENSION TO RESPOND TO DEFENDANT CLARK COUNTY, GLORIA MALDONADO, AND AUDRA GUITIERREZ'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother

1

of D.B., DAVID BANKS, individually and as the Natural Father of D.B. to file their Opposition to Defendants Clark County, Gloria Maldonado, and Audra Gutierrez's Motion To Dismiss Plaintiffs' Second Amended Complaint (ECF #64) be extended from July 23, 2020 to August 31, 2020.

| | |
|---|---|
| Date: July 22, 2020<br>**RICHARD HARRIS LAW FIRM** | Date: July 22, 2020<br>**OLSON CANNON GORMLEY & STOBERSKI** |
| /s/ *Samantha Martin, Esq.*<br>_____<br>SAMANTHA A. MARTIN, ESQ.<br>Nevada Bar No. 12998<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs*<br>*Leslie Ortega and Faith Hubbard* | /s/ *Felicia Galati, Esq.*<br>_____<br>Felicia Galati, Esq.<br>Nevada Bar No. 7341<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>*Attorneys for Defendants*<br>*Clark County, Gloria Maldonado, and Audra Guitierrez* |

## ORDER

**IT IS SO ORDERED.**

DATED this  23  day of July, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2