FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701
Attorneys for Defendants CLARK COUNTY,
GLORIA MALDONADO and AUDRA GUTIERREZ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B.,

                                          Plaintiffs,

v.

GLORIA MALDONADO, individually; AUDRA GUITERREZ, individually; CLARK COUNTY, a political subdivision of the State of Nevada; DOE individuals I-XX; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I-XX, individually and in their official capacities; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX,

                                          Defendants.

CASE NO. 2:19-cv-01394-GMN-VCF

**STIPULATION TO EXTEND TIME FOR DEFENDANTS CLARK COUNTY, GLORIA MALDONADO AND AUDRA GUITIERREZ  TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECORD AMENDED COMPLAINT**

**(FIRST REQUEST)**

        COME NOW Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of

D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-

CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the

Natural Father of D.B. and Defendants COUNTY OF CLARK, GLORIA MALDONADO and

AUDRA GUTIERREZ,  by and through their undersigned counsel of record and hereby

1

stipulate to extend the time for Defendants COUNTY OF CLARK, GLORIA MALDONADO and AUDRA GUTIERREZ ("County Defendants") to Reply to Plaintiffs' Opposition to County Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.   County Defendants' Reply to Plaintiffs' Opposition is currently due on 9/8/2020.   This is County Defendants' first request for an extension based on other case obligations.   The parties have agreed to extend Defendants' Reply deadline to Plaintiffs' Opposition to Defendants Motion to Dismiss Plaintiffs' Second Amended Complaint to 9/30/2020.   This Stipulation is submitted in good faith and not for the purpose of undue delay.

DATED this 2nd day of September, 2020

DATED this 2nd day of September, 2020

*/s/ Samantha A. Martin, Esq.*
Samantha A. Martin, Esq.
Nevada Bar No. 12998
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

*/s/ Felicia Galati*
Felicia Galati, Esq.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Attorneys for Defendants
COUNTY OF CLARK, GLORIA
MALDONADO and AUDRA
GUITIERREZ

## ORDER

**IT IS SO ORDERED**, that Defendants COUNTY OF CLARK, GLORIA MALDONADO AND AUDRA GUTIERREZ have until 9/30/2020 to Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

Dated this ___3___ day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

*Law Offices of*
**OLSON CANNON GORMLEY & STOBERSKI**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012      Fax (702) 383-0701