MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com
bcollins@hawkinsmelendrez.com
*Attorneys for Defendant Tropicana DE, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015, and died August 15, 2017, and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and a the Natural Father of D.B., <br><br> Plaintiffs, <br> vs. <br><br> GLORIA MALDONADO, individually; AUDRA GUTIERREZ, individually; CLARK COUNTY, a political subdivision of the State of Nevada; DOE individuals I-XX; and ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I-XX, individually and in their official capacities; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX, <br><br> Defendants. | Case No.: 2:19-cv-01394-GMN-VCF <br><br><br> **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT TROPICANA DE, LLC dba SIEGEL SUITES OF TROPICANA, incorrectly named as TROPICANA DE, LLC dba SIEGAL SUITES OF TROPICANA** |

/ / /

/ / /

Defendant TROPICANA DE, LLC dba SIEGEL SUITES OF TROPICANA incorrectly named as TROPICANA DE, LLC dba SIEGAL SUITES OF TROPICANA , hereby substitutes Martin I. Melendrez, Esq., and Britannica D. Collins, Esq., of the law firm of HAWKINS MELENDREZ, P.C. as attorneys of record, in the place and stead of Sean D. Thueson, Esq., and Brandon J. Trout, Esq., of THE SIEGEL GROUP.

DATED this 10th day of September, 2020.

**TROPICANA DE, LLC dba SIEGEL SUITES OF TROPICANA**

By: _____

Its: Executive Vice President of Manager

Sean D. Thueson, Esq., of THE SIEGEL GROUP, hereby agrees and consents to the substitution of Martin I. Melendrez, Esq., and Britannica D. Collins, Esq., of the law firm of HAWKINS MELENDREZ, P.C. as attorneys of record for Defendant TROPICANA DE, LLC dba SIEGEL SUITES OF TROPICANA incorrectly named as TROPICANA DE, LLC dba SIEGAL SUITES , in this matter.

DATED this 10th day of September, 2020.

**THE SIEGEL GROUP**

_____
SEAN D. THUESON, ESQ
Nevada Bar No. 8690
3790 Paradise Road, Suite 250
Las Vegas, Nevada 89169

///

///

///

1  Martin I. Melendrez, Esq., and Britannica D. Collins, Esq., of the law firm of HAWKINS
2  MELENDREZ, P.C. hereby agree and accept substitution as attorneys of record for Defendant
3  TROPICANA DE, LLC dba SIEGEL SUITES OF TROPICANA incorrectly named as TROPICANA
4  DE, LLC dba SIEGAL SUITES OF TROPICANA, in this matter.

DATED this 10th day of September, 2020.

**HAWKINS MELENDREZ, P.C.**

 /s/ Martin I. Melendrez
MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134

**APPROVED:**

DATED: 9-11-2020

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 10th day of September, 2020, a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT TROPICANA DE, LLC dba SIEGEL SUITES OF TROPICANA incorrectly named as TROPICANA DE, LLC dba SIEGAL SUITES OF TROPICANA,** was filed and served to the below through the Court's ECF service as follows:

Benjamin P. Cloward, Esq.
Samantha A. Martin, Esq.
RICHARD HARRIS LAW FIRM
801 S. 4th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Brandon J. Trout, Esq.
THE SIEGEL GROUP
3790 Paradise Road, Suite 250
Las Vegas, Nevada 89169
*Attorneys for Tropicana DE, LLC dba Siegel Suites of Tropicana*

Felicia Galati, Esq.
OLSON, CANNON, GORMLEY, STOBERSKI
9950 W. Cheyenne Ave
Las Vegas, NV 89129
*Attorneys for Defendants Clark County, Gloria Maldonado, Audra Guiterrez*

   /s/ Denise Giancola
An employee of Hawkins Melendrez, P.C.