BENJAMIN CLOWARD, ESQ.
Nevada Bar No. 11087
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: SMartin@richardharrislaw.com
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B.,<br><br>    Plaintiffs,<br><br>v.<br><br>GLORIA MALDONADO, et. al.<br><br>    Defendants. | CASE NO.:  2:19-CV-01394-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXENSION TO REPLY TO PLAINTIFFS' COUNTERMOTION TO AMEND COMPLAINT** |

**STIPULATION AND ORDER FOR EXENSION TO REPLY TO PLAINTIFFS' COUNTERMOTION TO AMEND COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B. to file their Reply to

1

Plaintiffs' Countermotion to Amend Complaint be extended from September 30, 2020 to October 6, 2020.

Date: Sept. 30, 2020
**RICHARD HARRIS LAW FIRM**

/s/ *Samantha Martin, Esq.*

SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Date: Sept. 30, 2020
**HAWKINS MELENDREZ, P.C.**

/s/ *Britannica Collins*

Martin I. Melendrez, Esq.
Nevada Bar No. 7818
Britannica Collins, Esq.
Nevada Bar No.13324
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89166
*Attorneys for Defendants*
*Tropicana De, LLC*

**ORDER**

IT IS SO ORDERED, *nunc pro tunc*.

DATED this   5   day of October, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2