BENJAMIN CLOWARD, ESQ.
Nevada Bar No. 11087
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: SMartin@richardharrislaw.com
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B., <br><br> Plaintiffs, <br><br> v. <br><br> GLORIA MALDONADO, et. al. <br><br> Defendants. | CASE NO.:  2:19-CV-01394-GMN-VCF <br><br> **STIPULATION AND ORDER FOR EXENSION TO REPLY TO PLAINTIFFS' COUNTERMOTION TO AMEND COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother

/ / /

1

of D.B., DAVID BANKS, individually and as the Natural Father of D.B. to file their Reply to Plaintiffs' Countermotion to Amend Complaint be extended from October 16, 2020 to November 16, 2020.

| | |
|---|---|
| Date: October 13, 2020<br>**RICHARD HARRIS LAW FIRM**<br><br>/s/ *Samantha Martin, Esq.*<br>_____<br>SAMANTHA A. MARTIN, ESQ.<br>Nevada Bar No. 12998<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | Date: October 13, 2020<br>**OLSON, CANNON, GORMLEY & STOBERSKI**<br><br>/s/ *Felicia Galati*<br>_____<br>Felicia Galati, Esq.<br>Nevada Bar No. 7341<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>*Attorneys for Defendants*<br>*Clark County, Gloria Maldonado,*<br>*Audra Guitierrez/Guerro,* |

## ORDER

IT IS SO ORDERED.

DATED this 15th day of October, 2020.

_____
United States Magistrate Judge