BENJAMIN CLOWARD, ESQ.
Nevada Bar No. 11087
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: SMartin@richardharrislaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B., <br><br> Plaintiffs, <br><br> v. <br><br> GLORIA MALDONADO, et. al. <br><br> Defendants. | CASE NO.:  2:19-CV-01394-GMN-VCF <br><br> **STIPULATION AND ORDER FOR EXENSION TO REPLY TO PLAINTIFFS' COUNTERMOTION TO AMEND COMPLAINT (SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother

/ / /

1

of D.B., DAVID BANKS, individually and as the Natural Father of D.B. to file their Reply to Plaintiffs' Countermotion to Amend Complaint be extended from November 16, 2020 to November 20, 2020.

| | |
|---|---|
| Date: November 12, 2020<br>**RICHARD HARRIS LAW FIRM** | Date: November 12, 2020<br>**OLSON, CANNON, GORMLEY & STOBERSKI** |
| /s/ *Samantha Martin, Esq.* | /s/ *Felicia Galati* |
| _____<br>SAMANTHA A. MARTIN, ESQ.<br>Nevada Bar No. 12998<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | _____<br>Felicia Galati, Esq.<br>Nevada Bar No. 7341<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>*Attorneys for Defendants<br>Clark County, Gloria Maldonado,<br>Audra Guitierrez/Guerro,* |

**ORDER**

IT IS SO ORDERED *nunc pro tunc*.

Dated this  18  day of November 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT