# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GABRIELLE BRANON-CHESLEY, et al.,

      Plaintiffs,

vs.

GLORIA MALDONADO, et al.,

      Defendants.

2:19-cv-01394-GMN-VCF

**ORDER**

Plaintiffs filed a sealed motion to compel the defendants to produce unredacted copies of the documents referred to in the briefing as Exhibits 1, 5, and 17. ECF No. 133. Plaintiffs argue in the alternative that I should conduct an in-camera review of these documents. *Id.* Defendants argue in their response that if I conduct an in-camera review of these documents, that I should also conduct an in-camera review of a related document it refers to as Exhibit 13. ECF No. 144.

I ORDER that by Monday, April 18, 2022, the parties must deliver the documents described as Exhibits 1, 5, 13, and 17 to chambers for an *in camera* inspection in accordance with LR IA 10-4. The documents must be delivered directly to the chambers of U.S. Magistrate Judge Cam Ferenbach and be in a sealed envelope marked "CONFIDENTIAL AND DO NOT FILE." I will decide the issues the parties raised in the briefing on this motion following my *in camera* review of these documents.

DATED this 29th day of March 2022.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE