# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON- CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B.,<br><br>Plaintiff(s),<br><br>v.<br><br>GLORIA MALDONADO, individually; AUDRA GUTIERREZ, individually; CLARK COUNTY, a Political Subdivision of the State of Nevada; DOE individuals I-XX, ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I –XX, individually and in their official capacities; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX,<br><br>Defendant(s). | 2:19-cv-01394-GMN-VCF<br><br>**ORDER** |

Before the court is plaintiff's emergency motion to compel (ECF NO. 133).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on plaintiff's emergency motion to compel (ECF NO. 133) is scheduled for 2:00 PM, July 11, 2022, in Courtroom 3D.

DATED this 14th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1