**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015, and died August 15, 2017, and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B.,<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>GLORIA MALDONADO, individually; AUDRA GUITERREZ, individually; CLARK COUNTY, a Political Subdivision of the State of Nevada, DOE individuals I-XX; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I-XX, individually and in their official capacities; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX,<br><br>　　　　　　　Defendant(s). | 2:19-cv-01394-GMN-VCF<br><br>**<u>ORDER</u>** |

Before the court is the motion for leave to file exhibits under seal (ECF NO. 146).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion for leave to file exhibits under seal (ECF NO. 146), is scheduled for 2:00 PM, July 11, 2022, in Courtroom 3D.

DATED this 17th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1