1  BENJAMIN P. CLOWARD, ESQ.
2  Nevada Bar No. 11087
   SAMANTHA A. MARTIN, ESQ.
3  Nevada Bar No. 12998
   **RICHARD HARRIS LAW FIRM**
4  801 S. 4th Street
   Las Vegas, NV 89101
5  Telephone: (702) 444-4293
6  Facsimile: (702) 444-4455
7  SMartin@Richardharrislaw.com

8
              **UNITED STATES DISTRICT COURT**
9
                   **DISTRICT OF NEVADA**
10

11 | | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B., | CASE NO.: 2:19-cv-01394-GMN-VCF  **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS CLARK COUNTY, GLORIA MALDONADO AND AUDRA GUTIERREZ'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 165)** |
| Plaintiffs, vs. | |
| GLORIA MALDONADO, individually; AUDRA GUTIERREZ, individually; CLARK COUNTY, a Political Subdivision of the State of Nevada; DOE individuals I-XX, ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I –XX, individually and in their official capacities, | |
| Defendants. | |

///

///

///

///

///

**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS CLARK COUNTY, GLORIA MALDONADO AND AUDRA GUTIERREZ'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 165)**

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Plaintiff's to respond to Defendants Clark County, Gloria Maldonado and Audra Gutierrez's Motion for Summary Judgment (ECF No. 165) Plaintiffs' response to Defendant's Motion for Summary Judgment is currently due on June 22, 2022. The parties agree that Plaintiffs shall have until July 22, 2022 to respond to Defendants Clark County, Gloria Maldonado and Audra Gutierrez's Motion for Summary Judgment (ECF No. 165).

Currently, Plaintiffs counsels are unable to oppose to the Motion by June 22, 2022, due to other scheduling conflicts. Additionally, on June 26, 2022, lead counsel, Samantha A. Martin, Esq. flies to Europe until July 10, 2022, at which time she will be unable to work on the opposition. Based on the foregoing, the parties have agreed to a brief continuance.

DATED this 16th day of June, 2022.        DATED this 16th day of June, 2022.

*/s/ Samantha A. Martin*                    */s/ Felicia Galati*
_____             _____
Samantha A. Martin, Esq.                    Felicia Galati, Esq.
Nevada Bar No. 12998                        Nevada Bar No. 7341
**RICHARD HARRIS LAW FIRM**                 Olson, Cannon, Gormley, Angulo & Stoberski
801 South Fourth Street                     9950 W. Cheyenne Ave.
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89129
*Attorneys for Plaintiffs*                  *Attorneys for Clark County Department of Family Services*

**IT IS SO ORDERED.**

Dated this  21  day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT