FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile:  702-383-0701
*Attorneys for Defendants*
CLARK COUNTY, GLORIA MALDONADO
and AUDRA GUTIERREZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B.,<br><br>Plaintiffs,<br>v.<br><br>GLORIA MALDONADO, individually; AUDRA GUTIERREZ, individually; CLARK COUNTY, a Political Subdivision of the State of Nevada; DOE individuals I-XX, ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I –XX, individually and in their official capacities; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | CASE NO. 2:19-CV-01394-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS CLARK COUNTY, GLORIA MALDONADO AND AUDRA GUTIERREZ TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 178)**<br><br>**(FIRST REQUEST)** |

COME NOW Defendants CLARK COUNTY, GLORIA MALDONADO and AUDRA GUTIERREZ, by and through their counsel of record, FELICIA GALATI, ESQ. of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015 and died August 15, 2017 and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., David Banks, individually and as the Natural Father of D.B.by and through their undersigned counsel of record and hereby stipulate to extend the time for Defendants CLARK COUNTY, GLORIA MALDONADO and AUDRA GUTIERREZ to Reply to Plaintiffs' Opposition to Defendants Clark County, Gloria Maldonado, and Audra Gutierrez' Motion for Summary Judgment (ECF No. 178). County Defendants' Reply to Plaintiffs' Opposition is currently due on 8/5/2022.  This is County Defendants' first request for an extension based on other case obligations. The parties have agreed to extend Defendants' Reply deadline to Plaintiffs' Opposition to Defendants Motion for Summary Judgment to 8/29/2022. This Stipulation is submitted in good faith and not for the purpose of undue delay.

Dated: this 29th day of July, 2022

**RICHARD HARRIS LAW FIRM**
*/s/ Samantha Martin*
_____
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**OLSON CANNON GORMLEY STOBERSKI**

_____
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorneys for Defendants* CLARK COUNTY, GLORIA MALDONADO and AUDRA GUTIERREZ

## **ORDER**

**IT IS SO ORDERED,** that Defendants CLARK COUNTY, GLORIA MALDONADO and AUDRA GUTIERREZ have until 8/29/2022 to Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (ECF No. 178).

Dated this __6__ day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT