MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com
bcollins@hawkinsmelendrez.com
*Attorneys for Defendant Tropicana DE, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, as Special Administrator of the estate of D.B., born December 18, 2015, and died August 15, 2017, and GABRIELLE BRANON-CHESLEY, individually, as the Natural Mother of D.B., DAVID BANKS, individually and as the Natural Father of D.B.,<br><br>Plaintiffs,<br><br>vs.<br><br>GLORIA MALDONADO, individually; AUDRA GUTIERREZ, individually; CLARK COUNTY, a political subdivision of the State of Nevada; DOE individuals I-XX; and ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES I-XX, individually and in their official capacities; TROPICANA DE, LLC, d/b/a SIEGAL SUITES OF TROPICANA, a Foreign Limited Liability Corporation; AND DOE SECURITY COMPANY and ZOE CORPORATIONS XXI-XXX,<br><br>Defendants. | Case No.: 2:19-cv-01394-GMN-VCF<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF TROPICANA DE, LLC dba SIEGEL SUITES OF TROPICANA incorrectly named as TROPICANA DE, LLC dba SIEGAL SUITES OF TROPICANA, ONLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs ROBERT ANSARA, as Special Administrator of the estate of D.B., GABRIELLE BRANON-CHESLEY, and DAVID BANKS (collectively "Plaintiffs"), by and through their attorneys of record, RICHARD HARRIS LAW

1

FIRM, Defendant TROPICANA DE, LLC dba SIEGEL SUITES OF TROPICANA incorrectly named as TROPICANA DE, LLC dba SIEGAL SUITES OF TROPICANA ("Tropicana"), by and through its counsel of record, HAWKINS MELENDREZ, P.C., and Defendants CLARK COUNTY, GLORIA MALDONADO, and AUDRA GUTIERREZ (collectively "Clark County Defendants"), by and through their attorney of record OLSON, CANNON, GORMLEY, STOBERSKI, that the-above-entitled action be dismissed with prejudice as to Tropicana, Only.  The parties hereby stipulate that Plaintiffs' claims against Tropicana be dismissed with prejudice.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiffs and Tropicana shall bear their own attorney's fees and costs incurred herein.

Dated: 9/14/2022
**RICHARD HARRIS LAW FIRM**

 /s/ Samantha A. Martin
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
JONATHAN LEE, ESQ.
Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated: 9/14/2022
**OLSON CANNON GORMLEY & STOBERSKI**

 /s/ Felicia Galati
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for Defendants
Clark County, Gloria Maldonado,
Audra Gutierrez*

Dated: 9/16/2022
**HAWKINS MELENDREZ, PC**

 /s/ Martin I. Melendrez
MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
*Attorneys for Defendant
Tropicana DE, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated this   16   day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2